UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| vs. | ) | CAUSE NO. 1:26-cr-00187-JRS-TAB |
| JULIAN WACHNER, Defendant. | ) | - 01 |

**COURTROOM MINUTE FOR OCTOBER 22, 2026,**
**HONORABLE TIM A. BAKER, MAGISTRATE JUDGE**

The parties appear for an initial appearance on the Indictment filed on October 21, 2026. Defendant appeared in person and by FCD counsel Mitch Swedarsky. Government represented by AUSA Nick Linder. USPO represented by Zach Butner.

Financial affidavit denied. Counsel appointed for today only.

Charges, rights and penalties were reviewed and explained. Defendant pleaded not guilty and waived reading of the indictment on the record.

Government moved for pretrial detention and a hearing was scheduled. Detention hearing set for October 28, 2026, at 3:30PM (Eastern Time) in room #238, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana before Criminal Duty Magistrate Judge.

Parties were ordered to disclose evidence on or before November 5, 2026.

Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court, with both the prosecutor and defense counsel present, confirms the government's obligation to disclose favorable evidence to the accused under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and orders it to do so. Favorable evidence under *Brady* need only have some weight and includes both exculpatory and impeaching evidence. Failure to produce such evidence in a timely manner may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of

charges, and contempt proceedings.

Defendant remanded to the custody of the U.S. Marshals pending further proceedings before the court.

Date: 10/22/2026

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

all ECF-registered counsel of record via email generated by the court's ECF system